SEALED

1 BENJAMIN B. WAGNER
United States Attorney
2 KAREN A. ESCOBAR
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7




FILED

AUG 2 8 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    CASE NO. 1: 14 CR 00190 AWI BAM

12                 Plaintiff,                   MOTION AND PROPOSED ORDER TO
                                                SEAL INDICTMENT
13          v.

14 JAMES STEVEN HARRIS, ET AL.,

15                 Defendants.

16

17

18

19       The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal

20 Procedure, to order and direct that the Indictment returned by the Grand Jury on August 28, 2014,

21 charging the above defendants with 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 - Attempted Distribution

22 of a Controlled Substance; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) – Possession of a Controlled Substance with

23 Intent to Distribute; 18 U.S.C. § 371 – Conspiracy to Provide Contraband in Prison; 18 U.S.C. § 1791(a)(1) –

24 Attempt to Provide Contraband in Prison (2 Counts); 18 U.S.C. § 371 - Conspiracy to Obtain Contraband in

25 Prison; 18 U.S.C. § 1791(a)(2) – Attempt to Obtain Contraband in Prison (2 Counts); 21 U.S.C. §§ 853,

26 881(a), 881(a)(6); and 28 U.S.C. § 2461 – Criminal Forfeiture allegation be kept secret until the

27 defendants named in this Indictment are either in custody or have been given bail on these offenses; and

28 further order that until such time as the defendants are in custody or have been given bail, that no person

Motion to Seal Indictment                           1

1 shall disclose the finding of the Indictment, warrants and Writ
2 issued pursuant thereto, except when necessary for the issuance and
3 execution of the warrants.

4 DATED: August 28, 2014         Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                          By     /s/ Karen Escobar
                                 KAREN A. ESCOBAR
                                 Assistant U.S. Attorney

10   IT IS SO ORDERED.

11 Dated: August 28, 2014         /s/ Sheila K. Oberto
                                 U.S. Magistrate Judge

Motion to Seal Indictment                    2