

1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Room 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Attorneys for Plaintiff
5  United States of America

6

               UNITED STATES DISTRICT COURT
7
           FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,          No. 1:14CR190 AWI-BAM

10                 Plaintiff,         GOVERNMENT'S MOTION TO UNSEAL
                                      INDICTMENT AND ARREST WARRANTS AND
11         v.                         ORDER

12 JAMES STEVEN HARRIS, et al.,

13                 Defendants.

14

15

16      The  United  States  of  America,  by  and  through  its  counsel  of

17 record,  the  United  States  Attorney  for  the  Eastern  District  of

18 California,  hereby  moves  to  unseal  the  indictment  and  arrest

19 warrants  issued  in  the  above-captioned  matter.   The  indictment  was

20 unsealed  in  the  Central  District  of  California  in  connection  with

21 James Steven Harris' out-of-district appearance there on the matter.

22 Co-defendant  Tracy  McArthur  Harris  is  in  federal  custody  and  is

23 being  transported  from  FCI  Beaumont,  eliminating  the  need  to  keep

24 this matter sealed.

25

26

27

28

Dated: October 17, 2014                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                              /s/  Karen A. Escobar
                                           KAREN A. ESCOBAR
                                           Assistant United States Attorney

                                           Attorneys for Applicant
                                           UNITED STATES OF AMERICA

1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant United States Attorney
3 | 2500 Tulare St., Room 4401
Fresno, CA  93721
4 | Telephone:  (559) 497-4000

5 | Attorneys for Plaintiff
United States of America

6

UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

| UNITED STATES OF AMERICA, | No. 1:14CR190 AWI-BAM |
| | |

9

|            Plaintiff, | ORDER |

10 |            v.

11 | JAMES STEVEN HARRIS, et al.,

12 |            Defendants.

13

14 |     For good cause shown, IT IS HEREBY ORDERED THAT:

15 |     The indictment and arrest warrants be unsealed.

16 | DATED: 10/17/14

17 | BARBARA A. McAULIFFE
U.S. Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28