BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES STEVEN HARRIS,<br><br>Defendant. | CASE NO. 1:14-cr-0190 AWI-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, October 27, 2014, at 1:00 p.m.

2. By this stipulation, the parties move to continue the hearing date until December 8, 2014, at 1:00 p.m. and to exclude time between October 21, 2014, and December 8, 2014.

3. The parties agree and stipulate, and request that the Court find the following:

      a.      The defense needs time for review of discovery received on October 21, 2014, pretrial investigation of this synthetic drug trafficking case, and plea negotiations. The government intends to provide a plea offer within the next week to the defendant.

      b.      The parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective resolution and/or case preparation, taking into account the exercise of due diligence, and would deny continuity of counsel for the government.

      c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2014, to December 8,, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      October 21, 2014.      Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 */s/ Karen A. Escobar*_____
                                                 KAREN A. ESCOBAR
                                                 Assistant United States Attorney

DATED:       October 21, 2014.      */s/ Andras Farkas*_____
                                    ANDRAS FARKAS
                                    ERIN SNIDER
                                    Counsel for Defendant James Steven Harris

### GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY

Further, although the defense requested discovery at the initial appearance, the government did not request reciprocal discovery. Thus, the government hereby moves for reciprocal discovery.

DATED:       October 21, 2014.      Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Karen A. Escobar*_____
                                    KAREN A. ESCOBAR
                                    Assistant United States Attorney

### O R D E R

IT IS SO FOUND AND ORDERED that 1st Status Conference is continued from October 27, 2014 to December 8, 2014 at 1:00 PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) from October 21, 2014 to December 8, 2014.

IT IS FURTHER ORDERED governments request for reciprocal discovery is Granted.

IT IS SO ORDERED.

Dated:   **October 21, 2014**                    /s/ *Barbara A. McAuliffe*_____
                                                 UNITED STATES MAGISTRATE JUDGE