1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   ANDRAS FARKAS, CA Bar #254302
    ERIN SNIDER, OR Bar #116342
3   Assistant Federal Defenders
    Designated Counsel for Service
4   2300 Tulare Street, Suite 330
    Fresno, CA  93721-2226
5   Telephone: (559) 487-5561
    Fax: (559) 487-5950
6
    Attorneys for Defendant
7   JAMES STEVEN HARRIS

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No.  1:14-CR-00190 AWI-BAM-1
                                         )
12              Plaintiff,               )   STIPULATION TO CONTINUE STATUS
                                         )   CONFERENCE HEARING;  ORDER
13   vs.                                 )
                                         )   Date:   July 27, 2015
14   JAMES STEVEN HARRIS,                )   Time:  1:00 p.m.
                                         )   Judge: Hon. Barbara A. McAuliffe
15              Defendant.               )
                                         )
16   _____    )

17

18         IT IS HEREBY STIPULATED by and between the parties hereto, and through their

19   respective attorneys of record, that the status conference hearing currently set for May 11, 2015

20   may be continued to Monday, July 27, 2015, at 1:00 p.m., before the Honorable Barbara A.

21   McAuliffe.

22         The continuance is requested to provide additional time as the parties are awaiting the

23   Supreme Court's decision in *McFadden v. United States*, Case No. 14-378 that may have bearing

24   on this case.  The requested continuance is with the intention of conserving time and resources

25   for both parties and the court.  The parties agree that the delay resulting from the continuance

26   shall be excluded in the interests of justice, including but not limited to, the need for the period

27   / / /

28   / / /

1    of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§

2    3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3                                               Respectfully submitted,

4                                               BENJAMIN B. WAGNER
                                                United States Attorney

5

6    Date:  May 6, 2015                         /s/ Karen Escobar
                                                KAREN ESCOBAR
7                                               Assistant United States Attorney
                                                Attorney for Plaintiff

8

9                                               HEATHER E. WILLIAMS
10                                              Federal Defender

11
     Date:  May 6, 2015                         /s/ Andras Farkas
12                                              ANDRAS FARKAS
                                                ERIN SNIDER
13                                              Assistant Federal Defenders
                                                Counsel for Defendant
14                                              JAMES STEVEN HARRIS

15

16

17                                **O R D E R**

18
            **IT IS SO ORDERED that** the 3rd Status Conference hearing is continued from May 11,
19
     2015 to Monday, July 27, 2015, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.
20
     Time is excluded pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).
21

22
     IT IS SO ORDERED.
23

24       Dated:   **May 7, 2015**                      /s/ Barbara A. McAuliffe
25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28