HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
ERIN SNIDER, OR Bar #116342
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES STEVEN HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:14-cr-00190-AWI-BAM |
| | ) | |
| Plaintiff, | ) | ORDER FOR |
| | ) | TEMPORARY RELEASE |
| vs. | ) | |
| | ) | |
| JAMES STEVEN HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of defendant James Steven Harris's motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED.  Mr. Harris is hereby released to the custody of the third-party custodian of Richard Knox for transport to the Family Memorial Mortuary at 405 E. Industrial Rd. in Loma Linda California.  Mr. Harris shall be released at or after 8:00 p.m. on July 30, 2015.  He shall return to the Lerdo Pretrial Facility no later than 12:00 p.m. on August 1, 2015.

Defendant is ordered to abide by all rules and regulations issued by Pretrial Services and the U.S. Marshals during his release.

IT IS SO ORDERED.

Dated:   **July 24, 2015**

UNITED STATES MAGISTRATE JUDGE